■ THE PEOPLE OF THE STATE OF NEW YORK Respondent, v TERRANCE BURNETT, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Sherman, J.), rendered April 22, 1983, convicting him of robbery in the first degree, upon a plea of guilty, and imposing sentence.

Judgment affirmed.

Defendant's contention that Criminal Term erred in accepting his plea of guilty to robbery in the first degree without informing him of the availability of an affirmative defense, under subdivision 4 of section 160.15 of the Penal Law, which, if established at trial, could result in conviction of a lesser degree of robbery, was not preserved for appellate review by reason of his failure to move to withdraw his plea prior to sentence (see *People v Pellegrino,* 60 NY2d 636; *People v Warren,* 47 NY2d 740; *People v Pascale,* 48 NY2d 997; *People v Ebron,* 87 AD2d 653). In any event, we find that defendant's statement at the time he entered his plea of guilty was substantively sufficient. While defendant stated that the shotgun he carried was unloaded, he thought that the shotguns carried by the other participants *were* loaded. Gibbons, J. P., O'Connor, Weinstein and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST DAVID, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Aiello, J.), rendered May 26, 1983, convicting him of attempted murder in the second degree, robbery in the first degree, robbery in the second degree, assault in the second degree, criminal possession of a weapon in the second degree and criminal use of a firearm in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Gibbons, Bracken and Niehoff, JJ., concur.